**Order entered July 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00844-CV

### JAMES BELL MCCOY, Appellant

### V.

### CRAIG WATKINS, ET AL., Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13955-B**

## ORDER

We **GRANT** appellant's June 26, 2014 motion for an extension of time to file a notice of appeal. The notice of appeal filed in the trial court on June 25, 2014 is deemed timely for jurisdictional purposes.

We **GRANT** appellant's June 26, 2014 motion requesting permission to file only one copy of documents filed with this Court.

/s/    ADA BROWN
        JUSTICE